# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:99-CR-68-1H |
| Benjamin General ) | USM No: 18381-056 |
| Date of Previous Judgment: August 8, 2000 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney: Cindy H. Popkin-Bradley |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____          Amended Offense Level: _____

Criminal History Category: _____      Criminal History Category: _____

Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant is not eligible for a sentence reduction pursuant to the retroactive crack cocaine guideline amendment because the amount of crack cocaine involved was greater than 4,500 grams.

Except as provided above, all provisions of the judgment dated August 8 2000 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/23/10

Judge's signature

Effective Date: _____
(if different from order date)

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title